# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROBERT MAJOR ROLLO,

    Plaintiff,

v.                                      CASE NO. 3:19cv4785-MCR-HTC

BOB JOHNSON, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 1, 2020.  ECF No. 10.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**.

3. The clerk shall close the file.

**DONE AND ORDERED** this 2nd day of June 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**